UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JEREMY FORD and DENISE FORD, | No. C 13-532 MEJ |
| Plaintiffs, | **ORDER RE: STATUS** |
| v. | |
| SHERIFF GREG MUNKS, et al., | |
| Defendants. | |

This matter is currently scheduled for a Case Management Conference on May 9, 2013. However, as there is no indication that Defendants has/have been served, the Court VACATES the May 9 conference and ORDERS Plaintiff Jeremy Ford to file a status report by May 23, 2013.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
Maria-Elena James
United States Magistrate Judge