**COUNTY COUNSEL**
JOHN C. BEIERS

**CHIEF DEPUTIES**
JOHN D. NIBBELIN
PAUL A. OKADA
LEE A. THOMPSON

## COUNTY COUNSEL
### COUNTY OF SAN MATEO
HALL OF JUSTICE AND RECORDS · 6TH FLOOR
400 COUNTY CENTER · REDWOOD CITY, CA 94063-1662
TELEPHONE: (650) 363-4250 · FACSIMILE: (650) 363-4034

**DEPUTIES**
REBECCA M. ARCHER
AIMEE B. ARMSBY
CLAIRE A. CUNNINGHAM
JAN E. ELLARD
PETER K. FINCK
TIMOTHY J. FOX
JUDITH A. HOLIBER
BRIAN E. KULICH
DAVID A. LEVY
GLENN M. LEVY
KIMBERLY A. MARLOW
JUSTIN W. MATES
KATHRYN E. MEOLA
DAVID A. SILBERMAN
WILLIAM E. SMITH
JENNIFER A. STALZER
DAN J. VALIM
EUGENE WHITLOCK
BRIAN J. WONG
CEIDE ZAPPARONI

Please respond to: (650) 363-4756

July 17, 2013

Hon. William Alsup
United States District Court
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

    Re:    Jeremy Ford, et al. v. Sheriff Munks, et al.
           US District Court Case No. CV 13-00532 WHA

*Via e-filing*

Dear Judge Alsup:

I am counsel for defendants Sheriff Greg Munks and Deputy Zaidi in this matter. A case management conference (CMC) is currently set for July 25, 2013, and I am requesting that the conference be continued for one week to August 1, 2013 at 11:00 a.m., due to my unavailability on July 25; counsel for plaintiffs has no objection to a one-week continued of the conference.

A CMC was initial set by the court for July 11; on July 5, one of plaintiff's attorneys, DeWitt Lacy, Esq. telephoned me and asked if I would agree to continue the July 11 CMC because he had a trial conflict. I advised him I had no objection, but mentioned that I would be out of town on July 25. He was agreeable to preparing and e-filing a stipulation to continue the CMC to July 18, and he did so (Docket #13.) On July 8, the Court ordered the CMC continued to July 25 (Docket #14.) I immediately emailed plaintiffs' attorneys Burris and Lacy explaining my dilemma, and asking whether they had an objection to the CMC being continued to either August 1 or August 8. I did hear back from one of their colleagues on July 12, advising that Mr. Burris and Mr. Lacy were available on August 1, but they would be in trial on August 8. Accordingly, I am requesting the Court to continue the Case Management Conference to August 1, 2013 at 11:00 a.m., and that the deadline for submitting a Joint CMC statement be continued to July 25. (On July 5 I forwarded a draft CMC statement to plaintiffs' attorneys, so there is already a working draft.)

Hon William H. Alsup
Case no. CV- 00532 WHA
July 17, 2013
Page 2

If August 1 is unavailable to the Court, I would request that the parties be made aware of other Thursdays which the Court could hear the matter, as I am currently set for trial during August 12-23, and I am unaware of plaintiffs' attorneys' calendars past August 8.
Thank you for your consideration.

          Very truly yours,

          JOHN C. BEIERS, COUNTY COUNSEL

          By: *[signature]*
          DAVID A. LEVY, Deputy County Counsel
          Attorneys for Defendants

JCB:DAL/is

cc:  John Burris, Esq.  (via e-mail)
     DeWitt Lacy, Esq. (via email)

## ORDER

Good cause appearing therefor, it is hereby ORDERED that the Case Management Conference is continued to August 1, 2013 at 11:00 a.m. The parties are to file a Joint Case Management Conference Statement on or before July 25, 2013.

THERE WILL BE NO FURTHER CONTINUANCES.

July 17, 2013.
          Hon. William H. Alsup
          United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge William Alsup — United States District Court, Northern District of California]*