IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD,

    Plaintiff,

v.

SHERIFF GREG MUNKS, *et al*.

    Defendants.

No. C 13-00532 WHA

**REQUEST TO SHOW CAUSE**

Plaintiffs' counsel failed to appear at the case management conference held on August 1, 2013. This absence was never explained. The case management scheduling order set August 30 as the deadline to identify and serve Doe defendants (Dkt. No. 18). Plaintiffs' motion to add Deputy Michael Baron as a Doe defendant was not made until October 8 (Dkt. No. 23). Defense counsel explains that plaintiffs had obtained Deputy Baron's name more than a year and a half before making this motion, and nearly a year prior to filing suit (Dkt. No. 28). Plaintiffs' counsel is requested to file a **DECLARATION UNDER OATH** identifying when counsel first had access to the documents obtained in plaintiffs' *Pitchess* motion filed in the parallel criminal action. Counsel's response is due by **THURSDAY, NOVEMBER 7, AT NOON.**

Dated: October 30, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE