**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD and DENISE FORD,

    Plaintiffs,

v.

SHERIFF GREG MUNKS in his capacity as Sheriff for the SAN MATEO COUNTY SHERIFF'S DEPARTMENT, DEPUTY ZAIDI, inclusive, individually and in his capacity as Deputy for SAN MATEO COUNTY SHERIFF DEPARTMENT, and DOES 1–25, inclusive,

    Defendants.

                                                /

No. C 13-00532 WHA

**ORDER REQUESTING SUPPLEMENTAL DECLARATIONS**

      The case management scheduling order set August 30 as the deadline to identify and serve Doe defendants (Dkt. No. 18). Plaintiffs' motion to add Deputy Michael Baron as a Doe defendant was not made until October 8 (Dkt. No. 23). At the hearing held on November 14, defense counsel presented evidence of a medical record in which plaintiff, Mr. Ford, identifies Deputy Baron by name.

      Mr. Ford is requested to file a **DECLARATION UNDER OATH** identifying when he first learned Deputy Baron's name and addressing the issue of diligence. Plaintiffs' counsel is requested to file a **DECLARATION UNDER OATH** identifying when he, and his law firm, first learned Deputy Baron's name and addressing the issue of diligence.

The responses are due by **THURSDAY, NOVEMBER 21, AT NOON.**

**IT IS SO ORDERED.**

Dated: November 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE