IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD and DENISE FORD,

    Plaintiffs,

  v.

SHERIFF GREG MUNKS, *et al.*

    Defendants.

No. C 13-00532 WHA

**ORDER SETTING DISCOVERY HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

    The Court **SETS** a three-hour meet-and-confer starting at **10:00 A.M. AND CONTINUING TO 1:00 P.M. ON THURSDAY, MARCH 13, 2014**, in the Court's jury room located in the San Francisco courthouse concerning plaintiffs' discovery dispute. At **1:00 P.M.**, the Court shall hold a hearing to resolve any remaining issue(s). Defendants' response is due by noon on March 12. Please buzz chambers on March 13 at 10:00 a.m. to be let into the Court's jury room.

    Please note that only those lawyers who personally participate in the meet-and-confer in the jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 10, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE