IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD and DENISE FORD,

    Plaintiffs,

  v.

SHERIFF GREG MUNKS, *et al.*

    Defendants.

No. C 13-00532 WHA

**ORDER RE DISCOVERY DISPUTE**

    In their discovery letter, defendants allege that plaintiffs disclosed an expert and produced an expert report more than two weeks after the expert report disclosure deadline had lapsed. After reviewing defendants' discovery letter, the Court has determined that this latest dispute should be treated as a formal motion and resolved on a sworn record. This normally would be treated as a motion *in limine* at the pretrial conference, but defendants need to know how to respond if the expert report is ultimately not precluded at trial.

    Defendants shall file a formal motion, with supporting declarations, by **NOON ON MARCH 21, 2014.** Plaintiffs shall file their opposition, with supporting declarations, by **NOON ON MARCH 26**. Defendants reply, if any, is due by **NOON ON MARCH 28**. The hearing shall be held on **APRIL 2, 2014, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: March 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE