IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY FORD and DENISE FORD,

    Plaintiffs,

  v.

SHERIFF GREG MUNKS, *et al.*

    Defendants.

                                       /

No. C 13-00532 WHA

**ORDER RE MOTION TO STRIKE EXPERT REPORT AND PRECLUDE EXPERT TESTIMONY AT TRIAL**

      For the reasons stated on the record, defendants' motion to strike the expert report and preclude the expert's testimony at trial on the basis of timeliness is **DENIED**.

      **IT IS SO ORDERED.**

Dated: April 2, 2014.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE